# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DONALD H. PERRINE, JR.  
1661 - 4TH AVENUE  
ROCKFORD, IL  61104  

SSN-xxx-xx-9040

Case Number: 05-71570

Case filed on:  4/4/2005  
Plan Confirmed on:  6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,811.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | DONALD H. PERRINE, JR. | 0.00 | 0.00 | 103.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 103.50 | 0.00 |
| 001 | SUNTRUST MORTGAGE, INC. | 69,371.23 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 69,371.23 | 0.00 | 0.00 | 0.00 |
| 002 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HAAS AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 9,076.77 | 9,076.77 | 1,618.13 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 1,248.42 | 1,248.42 | 222.56 | 0.00 |
| 006 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 576.62 | 576.62 | 102.80 | 0.00 |
| 008 | NICOR GAS | 926.05 | 926.05 | 165.08 | 0.00 |
|  | Total Unsecured | 11,827.86 | 11,827.86 | 2,108.57 | 0.00 |
|  | Grand Total: | 82,563.09 | 13,191.86 | 3,576.07 | 0.00 |

Total Paid Claimant:  $3,576.07  
Trustee Allowance:  $235.43  
Percent Paid Unsecured:  17.83

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008            By  /s/Heather M. Fagan